## Shepherd *ads*. Case.

THIS was a motion for a new trial; but it was oppofed on the ground that judgment having been entered and no order obtained from a judge to ftay proceedings, according to the fourth rule of January Term, 1799, the defendant was now too late.

*Per Curiam.* The true conftruction of the 4th Rule of January Term, 1799, is,

Firft, That the notice of a motion, accompanied by a Judge's certificate is a fubftitute for the former practice of *a Rule to fhew caufe,* and therefore if the party neglects to obtain a certificate, the confequence is, that if, when the hearing is to come on, *judgment be duly entered,* he cannot be heard on his motion. We will not hear an argument to fet afide a verdict, default, or inquifition, *after judgment duly entered.*

Secondly, There is nothing in our Rules to prevent a party diffatisfied with the refufal of a judge to grant a certificate, to apply to the Court. The defendant is not therefore ftrictly entitled to be heard, but as there appears to have been a mifconftruction of the rule, we will, in the prefent inftance, open the caufe and hear the motion.

*Spencer* for defendant.
*Van Vechten* for plaintiff.